

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00808-CV

**IN THE INTEREST OF K.E.R., K.R.R., Q.A.R., AND M.C., CHILDREN,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00816
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant timely filed his notice of appeal on November 15, 2019. Accordingly, the reporter's record was due ten days later on November 25, 2019. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed. On November 26, the Clerk of this court notified Elva Chapa by letter that she is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. The notice required Chapa to file a notification of late record within five days or to file the record by December 6, 2019. On December 6, 2019, the reporter filed a notification of late record, requesting an extension of time until December 16, 2019 to file the record.

We grant the motion and **order** the record due **December 16, 2019**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court